Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

MIGUEL A. POLANCO
VERONICA M. POLANCO,

Case No.:  24-19280 JKS

Debtors

## NOTICE OF RESERVE ON CLAIM

Creditor: SNORE NO MORE BY ABS
Trustee Claim #: 30
Court Claim #: 4
Claimed Amount: $4,151.70
Date Claim Filed: 10/02/2024

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: October 07, 2024

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

MIGUEL A. POLANCO
VERONICA M. POLANCO
296 EAST 27TH STREET
PATERSON, NJ    07514

RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ    07424

SNORE NO MORE BY ABS
26-07 BROADWAY STE 14
FAIR LAWN, NJ    07410