# Exhibit B - Fee Application - Ralph A. Ferro, Jr., Esq.

| Summary of Services Case # 24-19280 (JKS) | | EXHIBIT B | |
|---|---|---|---|
| **Chapter 13** | Miguel A. Polanco Veronica M. Polanco | Fee Application #1 | |
| Period Covering 1/30/2024 - 12/9/2024 | | Cost per hour: $375* - $3,500 | |
| Date | Description | Time (Hours) | Cost | Category |

| Date | Description | Time (Hours) | Cost | Category |
|---|---|---|---|---|
| 1/30/2024 | Initial Bankruptcy Consult - No charge | 0.00 | $ - | |
| 7/1/2024 | Meeting with clients; review case and next steps; set up file | 0.90 | $ 337.50 | d |
| 8/15/2024 | Rec'd documents from clients; begin petition; detailed instructions on documents needed and process | 1.10 | $ 412.50 | a |
| 8/16/2024 | Correspondence to and from client | 0.40 | $ 150.00 | d |
| 9/8/2024 | Reviewed file; correspondence to client for next steps and documents needed | 0.30 | $ 112.50 | d |
| 9/11/2024 | Worked on file; reviewed docs from clients | 1.00 | $ 375.00 | a |
| 9/15/2024 | Worked on income; periods missing; business bank statements needed; business P&L summarized with questions to client | 0.90 | $ 337.50 | a |
| 9/16/2024 | Updated income and BS; adjusted medical and dental for disability | 0.60 | $ 225.00 | a |
| 9/17/2024 | Worked on file; petition and Plan; telephone conversation with clients; emails to and from clients; draft sent to clients to review petition and plan | 1.20 | $ 450.00 | e |
| 9/19/2024 - 9/20/2024 | Met with client; reviewed plan and petition; made changes/additions. Finalized Plan and petition; discussions with client; correspondence to client | 2.20 | $ 825.00 | a |
| 9/22/2024 | Set up POC tracking file; downloaded POC's; calendared | 0.90 | $ 337.50 | c |
| 9/23/2024 | Rec'd and reviewed POC; higher than petition; updated analysis | 0.20 | $ 75.00 | c |
| 9/27/2024 | Prepared docs for 341a Meeting; provided docs to TO | 0.50 | $ 187.50 | b |

1

| | Summary of Services<br>Case # 24-19280 (JKS) | EXHIBIT B | | |
|---|---|---|---|---|
| **Chapter 13** | **Miguel A. Polanco**<br>**Veronica M. Polanco** | Fee Application #1 | | |
| Period Covering 1/30/2024 - 12/9/2024 | | Cost per hour: $375* - $3,500 | | |
| 10/1/2024 | Rec'd and reviewed POC; updated - Student loans +1 POC on petition | 0.30 | $ 112.50 | c |
| 10/2/2024 | Rec'd and reviewed POC; updated analysis | 0.20 | $ 75.00 | c |
| 10/3/2024 | Rec'd and reviewed POC'; updated analysis | 0.20 | $ 75.00 | c |
| 10/8/2024 | Correspondence to and from client - new creditor - notification sent to creditor; responses to clients emails; received and reviewed docs from client; uploaded docs to TO | 1.10 | $ 412.50 | d |
| 10/9/2024 | Rec'd and reviewed POC; updated analysis | 0.20 | $ 75.00 | c |
| 10/11/2024 | Rec'd and reviewed POC; updated analysis | 0.20 | $ 75.00 | c |
| 10/24/2024 | Rec'd and reviewed POC'; updated analysis | 0.20 | $ 75.00 | c |
| 10/25/2024 | Rec'd and reviewed POC's updated analysis | 0.20 | $ 75.00 | c |
| 10/30/2024 | Rec'd and reviewed correspondence from lender; response sent on future correspondence direction | 0.20 | $ 75.00 | d |
| 10/31/2024 | Rec'd and reviewed POCs; updated analysis | 0.20 | $ 75.00 | c |
| 11/3/2024 | Rec'd and reviewed POCs; updated analysis | 0.20 | $ 75.00 | c |
| 11/4/2024 | Rec'd and reviewed POC; updated analysis; preparation 341a - Telephone conversation with clients; prepared PCCC - sent to client; approved and signed; filed same; telephone conversation with client related to 341a Meeting preparation | 0.90 | $ 337.50 | b |
| 11/5/2024 | Attend 341a Meeting; follow up with clients; correspondence to and from client - next steps; procedural steps | 0.80 | $ 300.00 | b |
| 11/10/2024 | Rec'd and reviewed POC; updated analysis | 0.20 | $ 75.00 | c |
| 11/17/2024-<br>11/18/2024 &<br>11/20/2024 | Rec'd and reviewed POC; updated analysis | 0.40 | $ 150.00 | c |

2

|  | Summary of Services<br>Case #  24-19280 (JKS) | EXHIBIT B | | |
|---|---|---|---|---|
| **Chapter 13** | **Miguel A. Polanco**<br>**Veronica M. Polanco** | Fee Application #1 | | |
| Period Covering 1/30/2024 - 12/9/2024 | | Cost per hour: $375* - $3,500 | | |
| 11/22/2024-<br>11/28/2024 | Rec'd and reviewed POC's updated analysis | 0.40 | $ 150.00 | c |
| 12/2/2024 | Rec'd and reviewed POC from lender and NJ Taxation; updated analysis; added mortgage arrearages; detailed correspondence to client indicating next steps to submit tax returns for business 2020 - Present | 1.00 | $ 375.00 | c |
| 12/3/2024 | Finalized analysis of Proof of Claims; detailed analysis to client with cost savings and credit filings | 0.90 | $ 337.50 | c |
| 12/3/2024 | Rec'd and reviewed missing tax returns; not signed; correspondence to and from the client; received and sent to NJ Taxation for claim revision; need attachments to revise; correspondence in response to NJ Taxation emails; no further information should be needed - business on tax returns. | 0.80 | $ 300.00 | c |
| 12/4/2024 | Rec'd additional request from NJ taxation; employees?; telephone conversation with client; prepared draft certification; client signed; submitted to NJ Taxation | 1.00 | $ 375.00 | c |
| 12/5/2024 | Meeting tentative for 12/12; correspondence to TO; calendar for 12/9; if amended claim for NJ Tax; will need to revise date if claim not amended | 0.40 | $ 150.00 | d |
| 12/9/2024 | Approved by TO; amended claim was agreed; claims revised to zero - notification to client | 0.40 | $ 150.00 | d |
| 12/9/2024 | Finalized, reviewed and filed Fee Application; copy to client; certification of service | 0.40 | $ 150.00 | d |
|  | Subtotal Legal Services | 21.00 | $ 7,875.00 | |
| 1/30/2024 -<br>12/9/2024 | Fee Application Preparation @ $175per hour* | 2.10 | $ 367.50 | d |
|  | Subtotal Legal Services |  | $ 8,242.50 | |

3

| | Summary of Services<br>Case # 24-19280 (JKS) | | EXHIBIT B | |
|---|---|---|---|---|
| **Chapter** 13 | Miguel A. Polanco<br>Veronica M. Polanco | | Fee Application #1 | |
| Period Covering 1/30/2024 - 12/9/2024 | | | Cost per hour: $375* - $3,500 | |
| | Out of Pocket Costs - Direct Costs | | | |
| 8/15/2024 | Copies | | $ 6.75 | d |
| 9/11/2024 | Copies | | $ 3.75 | d |
| 9/16/2024 | Copies | | $ 11.25 | d |
| 9/19/2024 | Copies | | $ 58.75 | d |
| 9/22/2024 | Copies | | $ 2.10 | d |
| 10/8/2024 | Copies | | $ 2.00 | d |
| 10/9/2024 | Postage | | $ 0.73 | d |
| 10/24/2024 | Copies | | $ 0.50 | d |
| 10/30/2024 | Copies | | $ 0.25 | d |
| 10/30/2024 | Postage | | $ 0.73 | j |
| 10/30/2024 | Copies | | $ 0.50 | d |
| 11/4/2024 | Copies | | $ 2.50 | d |
| 11/10/2024 | Copies | | $ 0.75 | d |
| 11/21/2024 | Copies | | $ 1.25 | d |
| 11/22/2024 | Copies | | $ 1.25 | d |
| 11/27/2024 | Copies | | $ 1.75 | d |
| 12/2/2024 | Copies | | $ 2.25 | d |
| 12/3/2024 | Copies | | $ 2.00 | d |
| 12/4/2024 | Copies | | $ 1.50 | d |
| 12/9/2024 | Copies | | $ 4.50 | d |
| 12/9/2024 | Postage | | $ 0.73 | j |
| | Subtotal Out of Pocket Costs | | $ 105.79 | |
| | **Total Legal and Costs** | → | $ 8,348.29 | |

4