Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−19280−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Miguel A. Polanco                            Veronica M. Polanco
296 East 27th Street                         aka Veronica Mejia
Paterson, NJ 07514                           296 East 27th Street
                                             Paterson, NJ 07514

Social Security No.:
   xxx−xx−8721                               xxx−xx−9679

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        1/9/25
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$8,242.50

EXPENSES
$105.79

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 10, 2024
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19280-JKS |
| Miguel A. Polanco | Chapter 13 |
| Veronica M. Polanco | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 10, 2024 | Form ID: 137 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Miguel A. Polanco, Veronica M. Polanco, 296 East 27th Street, Paterson, NJ 07514-1712 |
| 520397585 | + | Amerisave Mortgage, 1200 Altmore Avenue, Building 2, Atlanta, GA 30342-2498 |
| 520397586 | + | Barclays Bank, 745 7th Avenue, New York, NY 10019-6801 |
| 520397598 | + | EZ Pass NY, 1150 South Avenue, Staten Island, NY 10314-3419 |
| 520397596 | + | Enterprise Recovery, 301 Lacey Street, West Chester, PA 19382-3727 |
| 520397599 | + | FB&T Mercury, Box 84064, Columbus, GA 31908-4064 |
| 520397604 | + | Linebarger Goggan, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520397612 | + | Snore No More, Dr. David Jin, 26-07 Broadway, Ste 14, Fair Lawn, NJ 07410-3827 |
| 520411987 | + | Snore No More by ABS, 26-07 Broadway, Suite 14, Fair Lawn, NJ 07410-3827 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2024 20:40:35 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520397583 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2024 20:32:00 | ADS/Comenity, Box 182120, Columbus, OH 43218-2120 |
| 520399825 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2024 20:57:25 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520433514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2024 20:41:37 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520397584 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 10 2024 20:31:00 | Ally Financial, Box 380901, Bloomington, MN 55438-0901 |
| 520397587 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 21:08:06 | Bill Me Later, Box 105658, Atlanta, GA 30348-5658 |
| 520397589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 20:56:59 | CBNA, Box 6497, Sioux Falls, SD 57117-6497 |
| 520409081 | | Email/Text: BKPT@cfna.com | Dec 10 2024 20:31:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520397588 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2024 20:57:02 | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |

Case 24-19280-JKS    Doc 18    Filed 12/12/24    Entered 12/13/24 00:16:17    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 137 | Total Noticed: 64 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 520412558 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 10 2024 21:08:11 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520397590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 20:56:58 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 520397591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 20:56:58 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 520397592 | + | Email/Text: mediamanagers@clientservices.com | Dec 10 2024 20:31:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 520397593 | ^ | MEBN | Dec 10 2024 20:32:58 | Commonwealth of MA, Box 847840, EZ DriveMA Payment Processing, Boston, MA 02284-7840 |
| 520397594 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 10 2024 20:32:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520397595 | + | Email/Text: BKPT@cfna.com | Dec 10 2024 20:31:00 | Credit First N.A., Box 81315, Cleveland, OH 44181-0315 |
| 520472185 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 10 2024 20:31:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520397597 | ^ | MEBN | Dec 10 2024 20:33:10 | EZ Pass NJ, Box 52002, Newark, NJ 07101-8202 |
| 520397600 | + | Email/Text: crdept@na.firstsource.com | Dec 10 2024 20:32:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 520400161 | | Email/Text: sb_jira_integration@happymoney.com | Dec 10 2024 20:31:00 | Happy Money, 21515 Hawthorne Blvd Suite 200, Torrance, CA 90503 |
| 520397601 | | Email/Text: sb_jira_integration@happymoney.com | Dec 10 2024 20:31:00 | Happy Money, Inc., 3200 Park Center Dirve, Suite 800, Costa Mesa, CA 92626 |
| 520397602 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2024 20:57:37 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 520397603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2024 20:32:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520459332 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 10 2024 20:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520419751 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 21:08:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520397605 | | Email/Text: EBN@Mohela.com | Dec 10 2024 20:31:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520406868 | | Email/Text: EBN@Mohela.com | Dec 10 2024 20:31:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520464901 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2024 20:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520397606 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 10 2024 20:31:00 | NJ Turnpike Authority, Box 5042, Woodbridge, NJ 07095 |
| 520397607 | ^ | MEBN | Dec 10 2024 20:31:40 | Northstar Locations Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 520451714 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2024 20:40:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520397609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2024 20:56:58 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520397608 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 20:40:27 | PayPal Credit Services, Box 71718, Philadelphia, PA 19176-1718 |
| 520397610 | + | Email/Text: ngisupport@radiusgs.com | Dec 10 2024 20:31:00 | Radius Global Solutions, LLC, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 520397611 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 21:08:12 | Resurgent Capital Services/LVNV Funding, Box 10497, Greenville, SC 29603-0497 |
| 520439551 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2024 20:41:44 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520397613 | Email/Text: bankruptcy@springoakscapital.com | Dec 10 2024 20:31:00 | Spring Oaks Capital, LLC, Box 1216, Chesapeake, VA 23327 |
| 520397614 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 10 2024 20:31:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520472481 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 10 2024 20:31:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520433111 | Email/Text: bankruptcy@springoakscapital.com | Dec 10 2024 20:31:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520397615 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 21:08:06 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 520397616 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 20:40:24 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 520397618 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 20:39:47 | Syncb/JC Penney, Box 965007, Orlando, FL 32896-5007 |
| 520397620 | + Email/Text: bankruptcydepartment@tsico.com | Dec 10 2024 20:32:00 | Transworld Systems, Box 15943, Wilmington, DE 19850-5943 |
| 520417229 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 10 2024 20:32:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520397621 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 10 2024 20:32:00 | US Bank, Box 108, Saint Louis, MO 63166 |
| 520397622 | + Email/Text: PDELINQ@sba.gov | Dec 10 2024 20:32:00 | US Small Business Association, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520397623 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 10 2024 20:41:40 | WFBNA Card, Box 393, Minneapolis, MN 55480-0393 |
| 520432656 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 10 2024 20:57:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520432653 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 10 2024 20:57:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520397624 | Email/Text: bkfilings@zwickerpc.com | Dec 10 2024 20:32:00 | Zwicker & Assoc., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |
| 520397617 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 20:40:23 | syncb/F&D, Box 71757, Philadelphia, PA 19176-1757 |
| 520397619 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2024 21:08:11 | syncb/PPC, Box 71718, Philadelphia, PA 19176-1718 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 137 | Total Noticed: 64 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Veronica M. Polanco ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Miguel A. Polanco ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5