Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−19280−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Miguel A. Polanco
296 East 27th Street
Paterson, NJ 07514

Veronica M. Polanco
aka Veronica Mejia
296 East 27th Street
Paterson, NJ 07514

Social Security No.:
xxx−xx−8721

xxx−xx−9679

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 16, 2024.

Dated: December 16, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19280-JKS |
| Miguel A. Polanco | Chapter 13 |
| Veronica M. Polanco | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 16, 2024 | Form ID: plncf13 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Miguel A. Polanco, Veronica M. Polanco, 296 East 27th Street, Paterson, NJ 07514-1712 |
| 520397585 | + | Amerisave Mortgage, 1200 Altmore Avenue, Building 2, Atlanta, GA 30342-2498 |
| 520397586 | + | Barclays Bank, 745 7th Avenue, New York, NY 10019-6801 |
| 520397598 | + | EZ Pass NY, 1150 South Avenue, Staten Island, NY 10314-3419 |
| 520397596 | + | Enterprise Recovery, 301 Lacey Street, West Chester, PA 19382-3727 |
| 520397599 | + | FB&T Mercury, Box 84064, Columbus, GA 31908-4064 |
| 520397604 | + | Linebarger Goggan, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 520397612 | + | Snore No More, Dr. David Jin, 26-07 Broadway, Ste 14, Fair Lawn, NJ 07410-3827 |
| 520411987 | + | Snore No More by ABS, 26-07 Broadway, Suite 14, Fair Lawn, NJ 07410-3827 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2024 21:26:18 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520397583 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2024 20:57:00 | ADS/Comenity, Box 182120, Columbus, OH 43218-2120 |
| 520399825 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2024 21:12:41 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520433514 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2024 21:10:56 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520397584 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2024 20:56:00 | Ally Financial, Box 380901, Bloomington, MN 55438-0901 |
| 520397587 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:12:37 | Bill Me Later, Box 105658, Atlanta, GA 30348-5658 |
| 520397589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2024 21:25:46 | CBNA, Box 6497, Sioux Falls, SD 57117-6497 |
| 520409081 | | Email/Text: BKPT@cfna.com | Dec 16 2024 20:56:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 520397588 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2024 21:25:46 | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |

Case 24-19280-JKS    Doc 21    Filed 12/18/24    Entered 12/19/24 00:16:48    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 16, 2024 | Form ID: plncf13 | Total Noticed: 64 |

| | | | | |
| --- | --- | --- | --- | --- |
| 520412558 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2024 21:25:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520397590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2024 21:12:47 | CitiBank, NA, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 520397591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2024 21:58:29 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 520397592 | + | Email/Text: mediamanagers@clientservices.com | Dec 16 2024 20:56:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 520397593 | ^ | MEBN | Dec 16 2024 20:53:01 | Commonwealth of MA, Box 847840, EZ DriveMA Payment Processing, Boston, MA 02284-7840 |
| 520397594 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 16 2024 20:58:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520397595 | + | Email/Text: BKPT@cfna.com | Dec 16 2024 20:56:00 | Credit First N.A., Box 81315, Cleveland, OH 44181-0315 |
| 520472185 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 16 2024 20:57:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520397597 | ^ | MEBN | Dec 16 2024 20:55:54 | EZ Pass NJ, Box 52002, Newark, NJ 07101-8202 |
| 520397600 | + | Email/Text: crdept@na.firstsource.com | Dec 16 2024 20:58:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 520400161 | | Email/Text: sb_jira_integration@happymoney.com | Dec 16 2024 20:56:00 | Happy Money, 21515 Hawthorne Blvd Suite 200, Torrance, CA 90503 |
| 520397601 | | Email/Text: sb_jira_integration@happymoney.com | Dec 16 2024 20:56:00 | Happy Money, Inc., 3200 Park Center Dirve, Suite 800, Costa Mesa, CA 92626 |
| 520397602 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2024 21:11:16 | Home Depot, Box 6497, Sioux Falls, SD 57117-6497 |
| 520397603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2024 20:57:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 520459332 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2024 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520419751 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2024 21:11:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520397605 | | Email/Text: EBN@Mohela.com | Dec 16 2024 20:57:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520406868 | | Email/Text: EBN@Mohela.com | Dec 16 2024 20:57:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520464901 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2024 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520397606 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 16 2024 20:56:00 | NJ Turnpike Authority, Box 5042, Woodbridge, NJ 07095 |
| 520397607 | ^ | MEBN | Dec 16 2024 20:54:29 | Northstar Locations Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 520451714 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2024 21:10:58 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520397609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2024 21:25:54 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 520397608 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:12:54 | PayPal Credit Services, Box 71718, Philadelphia, PA 19176-1718 |
| 520397610 | + | Email/Text: ngisupport@radiusgs.com | Dec 16 2024 20:57:00 | Radius Global Solutions, LLC, 9550 Regency Square Blvd, Jacksonville, FL 32225-8116 |

Case 24-19280-JKS   Doc 21   Filed 12/18/24   Entered 12/19/24 00:16:48   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2024 | Form ID: plncf13 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| 520397611 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2024 21:25:46 | Resurgent Capital Services/LVNV Funding, Box 10497, Greenville, SC 29603-0497 |
| 520439551 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2024 21:10:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520397613 | | Email/Text: bankruptcy@springoakscapital.com | Dec 16 2024 20:56:00 | Spring Oaks Capital, LLC, Box 1216, Chesapeake, VA 23327 |
| 520397614 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 16 2024 20:56:00 | State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 520472481 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 16 2024 20:56:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520433111 | | Email/Text: bankruptcy@springoakscapital.com | Dec 16 2024 20:56:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520397615 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:26:04 | Sync/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 520397616 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:12:38 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |
| 520397618 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:12:26 | Syncb/JC Penney, Box 965007, Orlando, FL 32896-5007 |
| 520397620 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 16 2024 20:58:00 | Transworld Systems, Box 15943, Wilmington, DE 19850-5943 |
| 520417229 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 16 2024 20:58:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520397621 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 16 2024 20:58:00 | US Bank, Box 108, Saint Louis, MO 63166 |
| 520397622 | + | Email/Text: PDELINQ@sba.gov | Dec 16 2024 20:57:00 | US Small Business Association, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520397623 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2024 21:10:56 | WFBNA Card, Box 393, Minneapolis, MN 55480-0393 |
| 520432656 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2024 21:36:38 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520432653 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2024 21:11:16 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520397624 | | Email/Text: bkfilings@zwickerpc.com | Dec 16 2024 20:58:00 | Zwicker & Assoc., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |
| 520397617 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:12:45 | syncb/F&D, Box 71757, Philadelphia, PA 19176-1757 |
| 520397619 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2024 21:11:17 | syncb/PPC, Box 71718, Philadelphia, PA 19176-1718 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Veronica M. Polanco ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Debtor Miguel A. Polanco ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5