RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424

| | |
|---|---|
| Re:  MIGUEL A. POLANCO<br>VERONICA M. POLANCO<br>296 EAST 27TH STREET<br>PATERSON, NJ  07514 | Atty:  RALPH A. FERRO, JR., ESQ.<br>66 EAST MAIN STREET - 3RD FLOOR<br>LITTLE FALLS, NJ  07424 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 24-19280

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $63,000.00**

### RECEIPTS AS OF 01/01/2025                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2024 | $1,750.00 | | 11/04/2024 | $1,750.00 | |
| 12/05/2024 | $1,750.00 | | | | |

**Total Receipts: $5,250.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $5,250.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025                  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 420.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADS/COMENITY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | AMERISAVE MORTGAGE CORPORATION | (NEW) Prepetition A | 864.32 | 100.00% | 864.32 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,361.60 | * | 0.00 | |
| 0005 | BILL ME LATER | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | RESURGENT RECEIVABLES, LLC | UNSECURED | 5,168.58 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 22,311.51 | * | 0.00 | |
| 0008 | RESURGENT RECEIVABLES, LLC | UNSECURED | 4,788.52 | * | 0.00 | |
| 0009 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 7,264.07 | * | 0.00 | |
| 0010 | CLIENT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMMONWEALTH OF MA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CREDIT FIRST NA | UNSECURED | 2,545.72 | * | 0.00 | |
| 0014 | EZ PASS NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | EZ PASS NY | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-19280**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0017 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 6,678.77 | * | 0.00 | |
| 0018 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HAPPY MONEY | UNSECURED | 33,053.89 | * | 0.00 | |
| 0020 | RESURGENT RECEIVABLES, LLC | UNSECURED | 12,824.49 | * | 0.00 | |
| 0021 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0023 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NJ TURNPIKE AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PAYPAL CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SNORE NO MORE BY ABS | UNSECURED | 4,151.70 | * | 0.00 | |
| 0032 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 10,013.86 | * | 0.00 | |
| 0034 | RESURGENT RECEIVABLES, LLC | UNSECURED | 1,924.42 | * | 0.00 | |
| 0035 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,617.83 | * | 0.00 | |
| 0036 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | US BANK NATIONAL ASSOCIATION | UNSECURED | 19,017.95 | * | 0.00 | |
| 0039 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 34,498.89 | * | 0.00 | |
| 0040 | WELLS FARGO CARD SERVICES | UNSECURED | 2,089.22 | * | 0.00 | |
| 0042 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,472.25 | * | 0.00 | |
| 0043 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,740.74 | * | 0.00 | |
| 0046 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | CAPITAL ONE NA | UNSECURED | 6,091.53 | * | 0.00 | |
| 0049 | CAPITAL ONE NA | UNSECURED | 1,065.95 | * | 0.00 | |
| 0050 | CAPITAL ONE NA | UNSECURED | 2,692.78 | * | 0.00 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,639.80 | * | 0.00 | |
| 0052 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,414.35 | * | 0.00 | |
| 0053 | FB&T MERCURY | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,303.82 | * | 0.00 | |
| 0055 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 19,350.24 | * | 0.00 | |
| 0060 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 5,823.48 | * | 0.00 | |
| 0062 | WELLS FARGO BANK NA | UNSECURED | 2,832.85 | * | 0.00 | |
| 0063 | WELLS FARGO BANK NA | UNSECURED | 3,799.73 | * | 0.00 | |
| 0064 | WELLS FARGO CARD SERVICES | UNSECURED | 5,009.39 | * | 0.00 | |
| 0065 | LVNV FUNDING, LLC | UNSECURED | 9,143.61 | * | 0.00 | |
| 0066 | US BANK NATIONAL ASSOCIATION | UNSECURED | 893.19 | * | 0.00 | |
| 0067 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,372.46 | * | 0.00 | |

**Total Paid:  $1,284.32**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $5,250.00    -    Paid to Claims: $864.32    -    Admin Costs Paid: $420.00    =    Funds on Hand: $5,715.68

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.