**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)

| | |
|---|---|
| **In Re:** | Case No.:  24-19280 (JKS) |
| Miguel A. Polanco Veronica M. Polanco | |
| | Hearing Date:  1/23/2025 |
| | Judge:  John K. Sherwood |
| **Debtor(s)** | |
| | Chapter:    13 |

**REVISED ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 25, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$7,500.00** for services rendered and expenses of **$105.79** for a total of **$7,605.79.** The allowance shall be payable:

**X**   through the Chapter 13 Plan as an administrative priority.

$7,605.79 less retainer of $3,500.00 equals: $4,105.79

(amount to be paid through the Plan).

**X**   Chapter 13 Plan Payments will change.

Plan payments were approved at:

$1,750.00 for 36 months

Beginning January 1, 2025, Plan payments will increase to $1,875.00.