`UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Order Filed on January 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Withdrawing Attorney for Debtors

_____

| | |
|---|---|
| In Re: ) | Case No.:  24-19280 (JKS) |
| ) | |
| ) | Chapter:  13 |
| Miguel A. Polanco ) | |
| Veronica M. Polanco ) | |
| ) | Judge:  John K. Sherwood |
| Debtor ) | |
| _____) | Hearing Date:  1/9/2025 @10:00 am |

## ORDER GRANTING RALPH A. FERRO, JR. ESQ.'S REQUEST

## TO BE RELIEVED AS COUNSEL FOR DEBTOR

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 25, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Case No.: 24-19280 (JKS)
Page 2

**THIS MATTER** having come before the Court on Ralph A. Ferro, Jr., Esq.'s Motion To Be Relieved as Counsel for the Debtors, and upon notice to all interested parties, and the Court having considered this motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

**ORDERED AND ADJUDGED THAT**:

Ralph A. Ferro, Jr., Esq. is hereby relieved as counsel for Debtors Miguel A. Polanco and Veronica M. Polanco.