**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtor(s)

Order Filed on January 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
**In Re:**

Miguel A. Polanco
Veronica M. Polanco

**Debtor(s)**
_____

Case No.:  24-19280 (JKS)

Hearing Date:  1/23/2025

Judge:  John K. Sherwood

Chapter:  13

## REVISED ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 25, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

1

The applicant having certified that legal work performed for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$7,500.00** for services rendered and expenses of **$105.79** for a total of **$7,605.79.** The allowance shall be payable:

    **X**  through the Chapter 13 Plan as an administrative priority.

        $7,605.79 less retainer of $3,500.00 equals: $4,105.79

        (amount to be paid through the Plan).

        **X**  Chapter 13 Plan Payments will change.

        Plan payments were approved at:

        $1,750.00 for 36 months

        Beginning January 1, 2025, Plan payments will increase to $1,875.00.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 24-19280-JKS
Miguel A. Polanco                                                                         Chapter 13
Veronica M. Polanco
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 2
Date Rcvd: Jan 27, 2025                         Form ID: pdf903                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel A. Polanco, 296 East 27th Street, Paterson, NJ 07514-1712 |
| jdb | + | Veronica M. Polanco, 296 East 27th Street, Paterson, NJ 07514-1712 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025                             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

**Name**                        **Email Address**

Denise E. Carlon
         on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
         magecf@magtrustee.com

Ralph A Ferro, Jr
         on behalf of Joint Debtor Veronica M. Polanco ralphferrojr@msn.com  maincamera66@gmail.com

Ralph A Ferro, Jr
         on behalf of Debtor Miguel A. Polanco ralphferrojr@msn.com  maincamera66@gmail.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                              User: admin                              Page 2 of 2
Date Rcvd: Jan 27, 2025                     Form ID: pdf903                         Total Noticed: 2
TOTAL: 5