

Certificate Number: 15317-NJ-DE-039818341

Bankruptcy Case Number: 24-19280



15317-NJ-DE-039818341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2025, at 12:53 o'clock AM PDT, Veronica Polanco completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 30, 2025          By:    /s/Evanessa Noval

                              Name:  Evanessa Noval

                              Title: Credit Counselor



Certificate Number: 15317-NJ-DE-039818340

Bankruptcy Case Number: 24-19280

15317-NJ-DE-039818340

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2025, at 12:53 o'clock AM PDT, Miguel Polanco completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 30, 2025          By:    /s/Evanessa Noval

                              Name:  Evanessa Noval

                              Title: Credit Counselor