**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

July 22, 2025

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 24-19280**

On December 16, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 22, 2025

**Chapter 13 Case # 24-19280**

Atty:    PRO SE

Re:    MIGUEL A. POLANCO
       VERONICA M. POLANCO
       296 EAST 27TH STREET
       PATERSON, NJ  07514

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $67,125.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2024 | $1,750.00 | | 11/04/2024 | $1,750.00 | |
| 12/05/2024 | $1,750.00 | | 01/07/2025 | $1,750.00 | |
| 02/03/2025 | $125.00 | | 02/04/2025 | $1,875.00 | |
| 03/04/2025 | $1,875.00 | | 04/04/2025 | $1,875.00 | |
| 05/02/2025 | $1,875.00 | | 06/02/2025 | $1,875.00 | |
| 06/27/2025 | $1,875.00 | | | | |

**Total Receipts: $18,375.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $18,375.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,046.25 | |
| ATTY | ATTORNEY | ADMIN | 4,105.79 | 100.00% | 4,105.79 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADS/COMENITY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | AMERISAVE MORTGAGE CORPORATION | (NEW) Prepetition | 864.32 | 100.00% | 864.32 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,361.60 | * | 0.00 | |
| 0005 | BILL ME LATER | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 5,168.58 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 22,311.51 | * | 0.00 | |
| 0008 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,788.52 | * | 0.00 | |
| 0009 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 7,264.07 | * | 0.00 | |
| 0010 | CLIENT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMMONWEALTH OF MA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CREDIT FIRST NA | UNSECURED | 2,545.72 | * | 0.00 | |
| 0014 | EZ PASS NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | EZ PASS NY | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---|---:|---|
| 0017 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 6,678.77 | * | 0.00 | |
| 0018 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HAPPY MONEY | UNSECURED | 33,053.89 | * | 0.00 | |
| 0020 | RESURGENT CAPITAL SERVICES | UNSECURED | 12,824.49 | * | 0.00 | |
| 0021 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0023 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NJ TURNPIKE AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PAYPAL CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SNORE NO MORE BY ABS | UNSECURED | 4,151.70 | * | 0.00 | |
| 0032 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 10,013.86 | * | 0.00 | |
| 0034 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,924.42 | * | 0.00 | |
| 0035 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,617.83 | * | 0.00 | |
| 0036 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | US BANK NATIONAL ASSOCIATION | UNSECURED | 19,017.95 | * | 0.00 | |
| 0039 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 34,498.89 | * | 0.00 | |
| 0040 | WELLS FARGO CARD SERVICES | UNSECURED | 2,089.22 | * | 0.00 | |
| 0042 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,472.25 | * | 0.00 | |
| 0043 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,740.74 | * | 0.00 | |
| 0046 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | CAPITAL ONE NA | UNSECURED | 6,091.53 | * | 0.00 | |
| 0049 | CAPITAL ONE NA | UNSECURED | 1,065.95 | * | 0.00 | |
| 0050 | CAPITAL ONE NA | UNSECURED | 2,692.78 | * | 0.00 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,639.80 | * | 0.00 | |
| 0052 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,414.35 | * | 0.00 | |
| 0053 | FB&T MERCURY | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,303.82 | * | 0.00 | |
| 0055 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 19,350.24 | * | 0.00 | |
| 0060 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 5,823.48 | * | 0.00 | |
| 0062 | WELLS FARGO BANK NA | UNSECURED | 2,832.85 | * | 0.00 | |
| 0063 | WELLS FARGO BANK NA | UNSECURED | 3,799.73 | * | 0.00 | |
| 0064 | WELLS FARGO CARD SERVICES | UNSECURED | 5,009.39 | * | 0.00 | |
| 0065 | LVNV FUNDING LLC | UNSECURED | 9,143.61 | * | 0.00 | |
| 0066 | US BANK NATIONAL ASSOCIATION | UNSECURED | 893.19 | * | 0.00 | |
| 0067 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,372.46 | * | 0.00 | |

**Total Paid:  $6,016.36**
See Summary

## LIST OF PAYMENTS TO CLAIMS  (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---|---|---|---|---|
| AMERISAVE MORTGAGE CORPORATION | | | | | | | |
| | 01/13/2025 | $864.32 | 938962 | | | | |

**Chapter 13 Case # 24-19280**

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: July 22, 2025. |
| Receipts: $18,375.00    -    Paid to Claims: $864.32    -    Admin Costs Paid: $5,152.04    =    Funds on Hand: $12,358.64 |
| Base Plan Amount: $67,125.00    -    Receipts: $18,375.00    =    Total Unpaid Balance: **$48,750.00 |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.