PRO SE
,

Re: MIGUEL A. POLANCO
VERONICA M. POLANCO
296 EAST 27TH STREET
PATERSON, NJ 07514

Atty: PRO SE
,

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 24-19280**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $67,125.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/01/2024 | $1,750.00 | | 11/04/2024 | $1,750.00 | |
| 12/05/2024 | $1,750.00 | | 01/07/2025 | $1,750.00 | |
| 02/03/2025 | $125.00 | | 02/04/2025 | $1,875.00 | |
| 03/04/2025 | $1,875.00 | | 04/04/2025 | $1,875.00 | |
| 05/02/2025 | $1,875.00 | | 06/02/2025 | $1,875.00 | |
| 06/27/2025 | $1,875.00 | | 08/06/2025 | $1,875.00 | |
| 09/08/2025 | $1,875.00 | | 10/02/2025 | $1,875.00 | |
| 11/06/2025 | $1,875.00 | | 12/10/2025 | $1,875.00 | |
| 01/08/2026 | $1,875.00 | | | | |

**Total Receipts: $29,625.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $29,625.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERISAVE MORTGAGE CORPORATION | | | | | | |
| | 01/13/2025 | $864.32 | 938,962 | | | |
| CAPITAL ONE NA | | | | | | |
| | 08/18/2025 | $350.20 | 948,834 | 08/18/2025 | $61.28 | 948,834 |
| | 08/18/2025 | $154.81 | 948,834 | 09/16/2025 | $44.18 | 950,126 |
| | 09/16/2025 | $7.73 | 950,126 | 09/16/2025 | $19.52 | 950,126 |
| | 10/20/2025 | $43.66 | 951,548 | 10/20/2025 | $7.64 | 951,548 |
| | 10/20/2025 | $19.30 | 951,548 | 11/17/2025 | $43.66 | 953,015 |
| | 11/17/2025 | $7.64 | 953,015 | 11/17/2025 | $19.30 | 953,015 |
| | 12/15/2025 | $43.65 | 954,418 | 12/15/2025 | $7.64 | 954,418 |
| | 12/15/2025 | $19.32 | 954,418 | 01/12/2026 | $43.66 | 955,849 |
| | 01/12/2026 | $7.64 | 955,849 | 01/12/2026 | $19.28 | 955,849 |

**Chapter 13 Case # 24-19280**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CREDIT FIRST NA | | | | | | |
| | 08/18/2025 | $146.36 | 949,077 | 09/16/2025 | $18.45 | 950,405 |
| | 10/20/2025 | $18.25 | 951,848 | 11/17/2025 | $18.25 | 953,320 |
| | 12/15/2025 | $18.24 | 954,727 | 01/12/2026 | $18.25 | 956,135 |
| DEPARTMENT OF EDUCATION/MOHELA | | | | | | |
| | 08/18/2025 | $1,112.45 | 948,856 | 09/16/2025 | $140.32 | 950,155 |
| | 10/20/2025 | $138.69 | 951,573 | 11/17/2025 | $138.68 | 953,044 |
| | 12/15/2025 | $138.66 | 954,442 | 01/12/2026 | $138.71 | 955,872 |
| HAPPY MONEY | | | | | | |
| | 08/18/2025 | $1,900.28 | 949,171 | 09/16/2025 | $239.68 | 950,510 |
| | 10/20/2025 | $236.90 | 951,961 | 11/17/2025 | $236.90 | 953,429 |
| | 12/15/2025 | $236.87 | 954,834 | 01/12/2026 | $236.94 | 956,245 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 08/18/2025 | $93.02 | 8,004,708 | 08/18/2025 | $575.70 | 8,004,708 |
| | 08/18/2025 | $209.25 | 8,004,708 | 08/18/2025 | $426.25 | 8,004,708 |
| | 09/16/2025 | $11.72 | 8,004,742 | 09/16/2025 | $26.39 | 8,004,742 |
| | 09/16/2025 | $53.77 | 8,004,742 | 09/16/2025 | $72.62 | 8,004,742 |
| | 10/20/2025 | $26.09 | 8,004,783 | 10/20/2025 | $53.14 | 8,004,783 |
| | 10/20/2025 | $11.60 | 8,004,783 | 10/20/2025 | $71.77 | 8,004,783 |
| | 11/17/2025 | $11.59 | 8,004,827 | 11/17/2025 | $26.09 | 8,004,827 |
| | 11/17/2025 | $53.14 | 8,004,827 | 11/17/2025 | $71.77 | 8,004,827 |
| | 12/15/2025 | $11.59 | 8,004,865 | 12/15/2025 | $71.76 | 8,004,865 |
| | 12/15/2025 | $26.08 | 8,004,865 | 12/15/2025 | $53.13 | 8,004,865 |
| | 01/12/2026 | $11.60 | 8,004,906 | 01/12/2026 | $26.09 | 8,004,906 |
| | 01/12/2026 | $53.15 | 8,004,906 | 01/12/2026 | $71.78 | 8,004,906 |
| LVNV FUNDING LLC | | | | | | |
| | 08/18/2025 | $334.78 | 949,241 | 08/18/2025 | $525.67 | 949,241 |
| | 09/16/2025 | $42.24 | 950,583 | 09/16/2025 | $66.30 | 950,583 |
| | 10/20/2025 | $65.53 | 952,038 | 10/20/2025 | $41.74 | 952,038 |
| | 11/17/2025 | $41.74 | 953,494 | 11/17/2025 | $65.53 | 953,494 |
| | 12/15/2025 | $41.73 | 954,902 | 12/15/2025 | $65.57 | 954,902 |
| | 01/12/2026 | $41.75 | 956,310 | 01/12/2026 | $65.47 | 956,310 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 08/18/2025 | $417.62 | 948,666 | 08/18/2025 | $84.63 | 948,666 |
| | 08/18/2025 | $100.08 | 948,666 | 09/16/2025 | $52.67 | 949,934 |
| | 09/16/2025 | $10.68 | 949,934 | 09/16/2025 | $12.62 | 949,934 |
| | 10/20/2025 | $52.06 | 951,359 | 10/20/2025 | $10.55 | 951,359 |
| | 10/20/2025 | $12.48 | 951,359 | 11/17/2025 | $52.06 | 952,836 |
| | 11/17/2025 | $10.56 | 952,836 | 11/17/2025 | $12.48 | 952,836 |
| | 12/15/2025 | $10.55 | 954,237 | 12/15/2025 | $12.47 | 954,237 |
| | 12/15/2025 | $52.05 | 954,237 | 01/12/2026 | $52.08 | 955,677 |
| | 01/12/2026 | $10.55 | 955,677 | 01/12/2026 | $12.47 | 955,677 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/18/2025 | $135.76 | 8,004,704 | 08/18/2025 | $1,282.69 | 8,004,704 |
| | 08/18/2025 | $132.44 | 8,004,704 | 09/16/2025 | $17.13 | 8,004,743 |
| | 09/16/2025 | $161.80 | 8,004,743 | 09/16/2025 | $16.72 | 8,004,743 |
| | 10/20/2025 | $159.91 | 8,004,785 | 10/20/2025 | $16.93 | 8,004,785 |
| | 10/20/2025 | $16.51 | 8,004,785 | 11/17/2025 | $159.91 | 8,004,824 |
| | 11/17/2025 | $16.93 | 8,004,824 | 11/17/2025 | $16.51 | 8,004,824 |
| | 12/15/2025 | $16.92 | 8,004,864 | 12/15/2025 | $159.89 | 8,004,864 |
| | 12/15/2025 | $16.51 | 8,004,864 | 01/12/2026 | $159.92 | 8,004,905 |
| | 01/12/2026 | $16.93 | 8,004,905 | 01/12/2026 | $16.51 | 8,004,905 |

**Chapter 13 Case # 24-19280**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | | | | | | |
| | 08/18/2025 | $136.38 | 8,004,715 | 08/18/2025 | $275.28 | 8,004,715 |
| | 08/18/2025 | $297.15 | 8,004,715 | 08/18/2025 | $737.29 | 8,004,715 |
| | 08/18/2025 | $110.65 | 8,004,715 | 09/16/2025 | $34.73 | 8,004,752 |
| | 09/16/2025 | $37.47 | 8,004,752 | 09/16/2025 | $17.22 | 8,004,752 |
| | 09/16/2025 | $13.94 | 8,004,752 | 09/16/2025 | $92.99 | 8,004,752 |
| | 10/20/2025 | $37.04 | 8,004,796 | 10/20/2025 | $34.32 | 8,004,796 |
| | 10/20/2025 | $91.91 | 8,004,796 | 10/20/2025 | $17.00 | 8,004,796 |
| | 10/20/2025 | $13.79 | 8,004,796 | 11/17/2025 | $34.32 | 8,004,833 |
| | 11/17/2025 | $37.04 | 8,004,833 | 11/17/2025 | $91.91 | 8,004,833 |
| | 11/17/2025 | $17.00 | 8,004,833 | 11/17/2025 | $13.79 | 8,004,833 |
| | 12/15/2025 | $37.07 | 8,004,873 | 12/15/2025 | $34.34 | 8,004,873 |
| | 12/15/2025 | $91.90 | 8,004,873 | 12/15/2025 | $13.80 | 8,004,873 |
| | 12/15/2025 | $17.01 | 8,004,873 | 01/12/2026 | $34.29 | 8,004,916 |
| | 01/12/2026 | $37.01 | 8,004,916 | 01/12/2026 | $13.79 | 8,004,916 |
| | 01/12/2026 | $91.94 | 8,004,916 | 01/12/2026 | $17.00 | 8,004,916 |
| SPRING OAKS CAPITAL SPV, LLC | | | | | | |
| | 08/18/2025 | $383.98 | 949,482 | 09/16/2025 | $48.41 | 950,833 |
| | 10/20/2025 | $47.87 | 952,304 | 11/17/2025 | $47.87 | 953,743 |
| | 12/15/2025 | $47.86 | 955,156 | 01/12/2026 | $47.87 | 956,557 |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 08/18/2025 | $1,093.35 | 949,745 | 08/18/2025 | $51.05 | 949,745 |
| | 09/16/2025 | $137.90 | 951,114 | 10/20/2025 | $10.37 | 952,613 |
| | 10/20/2025 | $136.30 | 952,613 | 11/17/2025 | $136.30 | 954,028 |
| | 11/17/2025 | $6.12 | 954,028 | 12/15/2025 | $136.28 | 955,451 |
| | 12/15/2025 | $6.13 | 955,451 | 01/12/2026 | $136.34 | 956,851 |
| | 01/12/2026 | $6.12 | 956,851 | | | |
| US SMALL BUSINESS ADMINISTRATION | | | | | | |
| | 08/18/2025 | $1,983.35 | 948,747 | 09/16/2025 | $250.16 | 950,029 |
| | 10/20/2025 | $247.26 | 951,452 | 11/17/2025 | $247.25 | 952,923 |
| | 12/15/2025 | $247.22 | 954,324 | 01/12/2026 | $247.31 | 955,757 |
| WELLS FARGO BANK NA | | | | | | |
| | 08/18/2025 | $162.88 | 949,776 | 08/18/2025 | $218.45 | 949,776 |
| | 09/16/2025 | $20.52 | 951,147 | 09/16/2025 | $27.55 | 951,147 |
| | 10/20/2025 | $20.30 | 952,646 | 10/20/2025 | $27.23 | 952,646 |
| | 11/17/2025 | $20.30 | 954,057 | 11/17/2025 | $27.23 | 954,057 |
| | 12/15/2025 | $20.32 | 955,482 | 12/15/2025 | $27.25 | 955,482 |
| | 01/12/2026 | $20.28 | 956,876 | 01/12/2026 | $27.21 | 956,876 |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 08/18/2025 | $288.00 | 949,783 | 08/18/2025 | $120.10 | 949,783 |
| | 09/16/2025 | $36.32 | 951,155 | 09/16/2025 | $15.16 | 951,155 |
| | 10/20/2025 | $35.90 | 952,654 | 10/20/2025 | $14.97 | 952,654 |
| | 11/17/2025 | $14.97 | 954,065 | 11/17/2025 | $35.90 | 954,065 |
| | 12/15/2025 | $14.99 | 955,492 | 12/15/2025 | $35.90 | 955,492 |
| | 01/12/2026 | $14.96 | 956,885 | 01/12/2026 | $35.91 | 956,885 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,683.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,105.79 | 100.00% | 4,105.79 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADS/COMENITY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0003 | AMERISAVE MORTGAGE CORPORATION | (NEW) Prepetition A | 864.32 | 100.00% | 864.32 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,361.60 | * | 220.60 | |
| 0005 | BILL ME LATER | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-19280**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 5,168.58 | * | 482.78 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 22,311.51 | * | 2,084.12 | |
| 0008 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,788.52 | * | 447.28 | |
| 0009 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 7,264.07 | * | 678.54 | |
| 0010 | CLIENT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMMONWEALTH OF MA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CREDIT FIRST NA | UNSECURED | 2,545.72 | * | 237.80 | |
| 0014 | EZ PASS NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | EZ PASS NY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 6,678.77 | * | 623.86 | |
| 0018 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HAPPY MONEY | UNSECURED | 33,053.89 | * | 3,087.57 | |
| 0020 | RESURGENT CAPITAL SERVICES | UNSECURED | 12,824.49 | * | 1,197.94 | |
| 0021 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0023 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | NJ TURNPIKE AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PAYPAL CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | SNORE NO MORE BY ABS | UNSECURED | 4,151.70 | * | 0.00 | |
| 0032 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0033 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 10,013.86 | * | 935.40 | |
| 0034 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,924.42 | * | 179.76 | |
| 0035 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,617.83 | * | 151.12 | |
| 0036 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | US BANK NATIONAL ASSOCIATION | UNSECURED | 19,017.95 | * | 1,776.47 | |
| 0039 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 34,498.89 | * | 3,222.55 | |
| 0040 | WELLS FARGO CARD SERVICES | UNSECURED | 2,089.22 | * | 195.15 | |
| 0042 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,472.25 | * | 137.52 | |
| 0043 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,740.74 | * | 162.60 | |
| 0046 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | CAPITAL ONE NA | UNSECURED | 6,091.53 | * | 569.01 | |
| 0049 | CAPITAL ONE NA | UNSECURED | 1,065.95 | * | 99.57 | |
| 0050 | CAPITAL ONE NA | UNSECURED | 2,692.78 | * | 251.53 | |
| 0051 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,639.80 | * | 339.99 | |
| 0052 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 7,414.35 | * | 692.58 | |
| 0053 | FB&T MERCURY | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,303.82 | * | 215.20 | |
| 0055 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 19,350.24 | * | 1,807.51 | |
| 0060 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | LVNV FUNDING LLC | UNSECURED | 5,823.48 | * | 543.98 | |
| 0062 | WELLS FARGO BANK NA | UNSECURED | 2,832.85 | * | 264.60 | |
| 0063 | WELLS FARGO BANK NA | UNSECURED | 3,799.73 | * | 354.92 | |
| 0064 | WELLS FARGO CARD SERVICES | UNSECURED | 5,009.39 | * | 467.93 | |
| 0065 | LVNV FUNDING LLC | UNSECURED | 9,143.61 | * | 854.07 | |
| 0066 | US BANK NATIONAL ASSOCIATION | UNSECURED | 854.19 | * | 79.79 | |
| 0067 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,372.46 | * | 221.61 | |

**Total Paid: $29,237.21**

See Summary

**Chapter 13 Case # 24-19280**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $29,625.00 - Paid to Claims: $23,447.67 - Admin Costs Paid: $5,789.54 = Funds on Hand: $387.79

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.